UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR149** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| **RICARDO RUBALCABA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 59). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On November 18, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21 United States Code, Sections 846 and 853, Title 18, United States Code, Sections 924(c) and 924(d), and Title 28, United States Code, 2461(c) based upon the Defendant's plea of guilty to Counts I, V, VI and VII of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Springfield Armory USA .9mm handgun, serial number US109602 and $130.00 in United States Currency was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on January 23, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on March 26, 2010 (Filing No.58).

3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 59) is hereby sustained.

B.  All right, title and interest in and to the Springfield Armory USA .9mm handgun, serial number US109602 and $130.00 in United States Currency held by any person or entity, is hereby forever barred and foreclosed.

C.  The Springfield Armory USA .9mm handgun, serial number US109602 and $130.00 in United States Currency , be, and the same hereby are, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco, Firearms, and Explosives for the District of Nebraska is directed to dispose of the Springfield Armory USA .9mm handgun, serial number US109602  in accordance with law.

E. The United States Marshal Service for the District of Nebraska is directed to dispose of the $130.00 in United States currency in accordance with the law.

DATED this 19th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge